**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**UNITED STATES OF AMERICA**,

v.

**BRENDA BOYETT,**

**Defendant.**

**Case No. 4:25-cr-15 (CDL)**

**ORDER TO UNSEAL CASE**

Having considered the Motion of the United States of America to unseal the case, the Clerk

is directed to unseal the case effective on the date of this Order.

**SO ORDERED**, this 17th day of September, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE