IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO. 4:25-CR-015-CDL |
| BRENDA BOYETT, | 21 U.S.C. §841(a)(1) |
| | 21 U.S.C. §841(b)(1)(A)(viii) |
| **Defendant** | |

**ORDER**

On July 8, 2025, an Indictment was issued charging Defendant, BRENDA BOYETT, with Distribution of Methamphetamine, in violation of Title 21 United States Code Section, 841(a)(1) and 841(b)(1)(A)(viii). [DOC 1]  The Defendant appeared for her Initial Appearance and Arraignment on October 14, 2025, and was released on an unsecured bond pending trial. [DOC 11]

A pretrial conference is currently scheduled for November 18, 2025. The Defendant filed an unopposed motion to continue on October 30, 2025, specifically to provide defense counsel with appropriate time to review discovery, consider possible defenses, file appropriate evidentiary motions and to explore a possible resolution with the Government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for March 2026, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant the reasonable time necessary for effective preparation. 18

1

2

U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

    SO ORDERED, this 7th day of November, 2025.

                          S/Clay D. Land
                          CLAY D. LAND
                          U. S. DISTRICT COURT JUDGE
                          MIDDLE DISTRICT OF GEORGIA